IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLARD NUEL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 11-2024 |
| CAPITAL ONE, N.A. | : | |

## **ORDER**

AND NOW, this 24th day of January, 2012, "Defendant's Motion to Dismiss the Amended Complaint" (docket no. 18) is granted as follows: Count III of the amended complaint is dismissed without prejudice by agreement, see plaintiff's memorandum, p.3. Counts I and II of the amended complaint are dismissed with prejudice. Plaintiff's request to further amend the complaint is denied. A memorandum accompanies this order.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.